**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
GEICO ADVANTAGE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH SCHULENBURG, an individual;<br><br>Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, DOES I through V, inclusive, ROE CORPORATIONS I-V, inclusive,<br><br>Defendants | Case No.:2:19-cv-00717-KJD-GWF<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JOSE CASTILLO, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY by and through their respective attorneys of record, that Plaintiff's Second Cause of Action, Third Cause of Action and her request for punitive damages

1

against Defendant, be dismissed without prejudice. It is further stipulated that this stipulation makes the now Pending Motion for Partial Summary Judgment (ECF No. 15) moot and therefore it is stipulated that said motion is withdrawn without prejudice.

DATED this 13th day of September, 2016.

RANALLI ZANIEL FOWLER & MORAN, LLC

/s/ _____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Attorneys for Defendant

LADAH LAW FIRM

/s/ _____
**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
**CARL R. HOUSTON, ESQ.**
Nevada Bar No. 11161
517 S. Third Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED:

Dated: 9/19/2019

_____
**UNITED STATES DISTRICT COURT MAGISTRATE JUDGE**

2