**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**JASON ANDREW FOWLER, ESQ.**
Nevada Bar No. 8071
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
GEICO ADVANTAGE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH SCHULENBURG, an individual;<br><br>Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, DOES I through V, inclusive, ROE CORPORATIONS I-V, inclusive,<br><br>Defendants | Case No.:2:19-cv-00717-KJD-GWF<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ELIZABETH SCHULENBURG, and Defendant, GEICO ADVANTAGE INSURANCE COMPANY by and through their respective attorneys of record, that all of Plaintiff's claims in this matter against the Defendant's, be dismissed with prejudice, as per the signed Binding Arbitration Agreement.

1

IT IS FURTHER Stipulated that any trial or hearing dates currently scheduled be VACATED.

DATED this 21st day of May, 2020.

| RANALLI ZANIEL FOWLER & MORAN, LLC | LADAH LAW FIRM |
|---|---|
| /s/ George M. Ranalli | /s/ Carl R. Houston |
| _____ | _____ |
| **GEORGE M. RANALLI, ESQ.**<br>Nevada Bar No. 5748<br>**JASON ANDREW FOWLER, ESQ.**<br>Nevada Bar No. 8071<br>2400 W. Horizon Ridge Parkway<br>Henderson, Nevada 89052<br>Attorneys for Defendant | **RAMZY PAUL LADAH, ESQ.**<br>Nevada Bar No. 11405<br>**CARL R. HOUSTON, ESQ.**<br>Nevada Bar No. 11161<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED:

Dated: May 21, 2020

_____
Kent J. Dawson, U.S. District Judge

2